# UNITED STATES JUDICIAL PANEL
### on
# MULTIDISTRICT LITIGATION

**CHAIRMAN:**
**John G. Heyburn II**
**United States District Court**
**Western District of Kentucky**

**MEMBERS:**
**Robert L. Miller, Jr.**
**United States District Court**
**Northern District of Indiana**

**Kathryn H. Vratil**
**United States District Court**
**District of Kansas**

**David R. Hansen**
**United States Court of Appeals**
**Eighth Circuit**

**W. Royal Furgeson, Jr.**
**United States District Court**
**Northern District of Texas**

**Frank C. Damrell, Jr.**
**United States District Court**
**Eastern District of California**

**David G. Trager**
**United States District Court**
**Eastern District of New York**

**DIRECT REPLY TO:**
**Jeffery N. Lüthi**
**Clerk of the Panel**
**One Columbus Circle, NE**
**Thurgood Marshall Federal**
**Judiciary Building**
**Room G-255, North Lobby**
**Washington, D.C.  20002**

**Telephone:  [202] 502-2800**
**Fax:       [202] 502-2888**
**http://www.jpml.uscourts.gov**

March 8, 2010

Karen S. Mitchell, Clerk
1452 Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1310

Re:  MDL No. 2098 -- IN RE: Kitec Plumbing System Products Liability Litigation

(See Attached CTO-1)

Dear Ms. Mitchell:

    Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>February 19, 2010</u>.  As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

    The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

    A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By  *Denise Morgan-Stone*
Denise Morgan-Stone
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:     Judge W. Royal Furgeson, Jr.

JPML Form 36A

**IN RE: KITEC PLUMBING SYSTEM PRODUCTS**
**LIABILITY LITIGATION**                                        MDL No. 2098

## PANEL SERVICE LIST (CTO-1)

Richard J. Arsenault
NEBLETT BEARD & ARSENAULT
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71309-1190

William F. Burke
ADLER POLLOCK & SHEEHAN PC
175 Federal Street
Boston, MA 02110

Jeffrey B. Cereghino
MERRILL NOMURA & MOLINEUX LLP
350 Rose Street
Danville, CA 94526

Richard Frankowski
BURKE HARVEY & FRANKOWSKI LLC
One Highland Place
2151 Highland Avenue, Suite 120
Birmingham, AL 35205

Kevin F. Gillis
LAW OFFICE OF KEVIN F GILLIS
323 Washington Street, Suite One
Westwood, MA 02090-1801

Kirk H. Hays
HOLM WRIGHT HYDE & HAYS PLC
10429 South 51st Street, Suite 285
Phoenix, AZ 85044

Richard L. Josephson
BAKER BOTTS LLP
One Shell Plaza
910 Louisiana Street
Houston, TX 77002

Charles J. LaDuca
CUNEO GILBERT & LADUCA LLP
507 C Street, N.E.
Washington, DC 20002

Jack Landskroner
LANDSKRONER GRIECO MADDEN LTD
1360 West 9th Street, Suite 200
Cleveland, OH 44113

Michael A. McShane
AUDET & PARTNERS LLP
221 Main Street, Suite 1460
San Francisco, CA 94105

Stephen W. Mullins
LUCKEY & MULLINS PLLC
2016 Bienville Road
P.O. Box 990
Ocean Springs, MS 39566

Michael F. Ram
RAM & OLSON LLP
555 Montgomery Street, Suite 820
San Francisco, CA 94111

Archibald T. Reeves IV
MCDOWELL KNIGHT ROEDDER
  & SLEDGE LLC
P.O. Box 350
Mobile, AL 36601-0350

Robert K. Shelquist
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401

Garrett Webster Wotkyns
SCHNEIDER WALLACE COTTRELL
  BRAYTON KONECKY LLP
7702 East Doubletree Ranch Road, Suite 300
Scottsdale, AZ 85258