IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re Kitec Plumbing System Products | § § § | MDL NO. 2098 |
| Liability Litigation | § | Case No. 09-md-2098-F |

## NOTICE OF WITHDRAWAL OF OBJECTION TO CLASS SETTLEMENT AND AWARD OF ATTORNEYS' FEES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Paul Palmer, by and through his counsel of record, hereby withdraws, with prejudice, his objection to the Class Settlement and Award of Attorneys' Fees.

Dated: October 10, 2011.

                                                          Respectfully submitted,

By:      /s/ Christopher A. Bandas
Christopher A. Bandas
State Bar No. 00787637
BANDAS LAW FIRM, P.C.
500 N. Shoreline, Ste. 1020
Corpus Christi, Texas 78401
(361) 698-5200 Telephone
(361) 698-5222 Facsimile
Email: cbandas@bandaslawfirm.com

ATTORNEY FOR OBJECTOR
PAUL PALMER

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to counsel and those listed below, by CM-ECF court e-filing on this the 10th day of October 2011.

Charles J. LaDuca
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
**Co-Lead Counsel for U.S. Plaintiffs**

Richard L. Josephson
Van H. Beckwith
Baker Botts L.L.P.
2001 Ross Avenue, Ste. 600
Dallas, Texas 75201
**U.S. Counsel for IPEX Defendants**

            /s/ Christopher A. Bandas
            Christopher A. Bandas