IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re Kitec Plumbing System Products | § § § | MDL NO. 2098 |
| Liability Litigation | § § | Case No. 09-md-2098-F |

# NOTICE OF WITHDRAWAL OF OBJECTION TO CLASS SETTLEMENT AND AWARD OF ATTORNEYS' FEES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JEFF PALMER, by and through his counsel of record, hereby withdraws, with prejudice, his objection to the Class Settlement and Award of Attorneys' Fees.

Dated: October 10, 2011.

Respectfully submitted,

By: /s/ Christopher A. Bandas
Christopher A. Bandas
State Bar No. 00787637
BANDAS LAW FIRM, P.C.
500 N. Shoreline, Ste. 1020
Corpus Christi, Texas 78401
(361) 698-5200 Telephone
(361) 698-5222 Facsimile
Email: cbandas@bandaslawfirm.com

Joseph D. Palmer
*(Pro Hac Vice Pending)*
Law Offices of Darrell Palmer
603 N. Highway 101, Ste. A
Solona Beach, CA 92075
(858) 792-5600 Telephone
(858) 792-5655 Facsimile
darrell.palmer@palmerlegalteam.com
ATTORNEYS FOR OBJECTOR
JEFF PALMER

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to counsel and those listed below, by CM-ECF court e-filing on this the 10th day of October 2011.

Charles J. LaDuca
Cuneo Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
**Co-Lead Counsel for U.S. Plaintiffs**

Richard L. Josephson
Van H. Beckwith
Baker Botts L.L.P.
2001 Ross Avenue, Ste. 600
Dallas, Texas 75201
**U.S. Counsel for IPEX Defendants**

                              /s/ Christopher A. Bandas
                             Christopher A. Bandas