| ClaimID | Amount Issued |
|---|---|

**US Claims**

| ClaimID | Amount Issued |
|---|---|
| KITEC11003470 | $575.00 |
| KITEC11004061 | $287.50 |
| KITEC11003142 | $112.50 |
| KITEC11003112 | $575.00 |
| KITEC11003646 | $112.50 |
| KITEC11003008 | $225.00 |
| KITEC11003517 | $287.50 |
| KITEC11002947 | $1,000.00 |
| KITEC11003928 | $287.50 |
| KITEC11003630 | $287.50 |
| KITEC11003643 | $1,437.50 |
| KITEC11003465 | $575.00 |
| KITEC11003276 | $962.50 |
| KITEC11003261 | $2,050.00 |
| KITEC11003174 | $450.00 |
| KITEC11003110 | $287.50 |
| KITEC11002911 | $1,287.50 |
| KITEC11004251 | $112.50 |
| KITEC11003373 | $575.00 |
| KITEC11003962 | $287.50 |
| KITEC11003941 | $287.50 |
| KITEC11003113 | $405.00 |
| KITEC11003275 | $800.00 |
| KITEC11003034 | $800.00 |
| KITEC11004034 | $287.50 |
| KITEC11004006 | $575.00 |
| KITEC11003377 | $112.50 |
| KITEC11003963 | $112.50 |
| KITEC11003746 | $112.50 |
| KITEC11003747 | $287.50 |
| KITEC11004190 | $712.50 |
| KITEC11004040 | $825.00 |
| KITEC11003757 | $378.00 |
| KITEC11003756 | $712.50 |
| KITEC11003294 | $287.50 |
| KITEC11003215 | $1,275.00 |
| KITEC11002950 | $425.00 |
| KITEC11003599 | $825.00 |
| KITEC11003723 | $850.00 |
| KITEC11002931 | $575.00 |
| KITEC11003210 | $112.50 |
| KITEC11002101 | $1,150.00 |
| KITEC11003380 | $287.50 |
| KITEC11003906 | $425.00 |

| | |
|---|---|
| KITEC11002662 | $2,300.00 |
| KITEC11003477 | $365.00 |
| KITEC11003722 | $650.00 |
| KITEC11003007 | $1,437.50 |
| KITEC11004255 | $287.50 |
| KITEC11003562 | $112.50 |
| KITEC11003576 | $850.00 |
| KITEC11002981 | $425.00 |
| KITEC11003037 | $112.50 |
| KITEC11003287 | $712.50 |
| KITEC11003934 | $425.00 |
| KITEC11003593 | $850.00 |
| KITEC11004205 | $712.50 |
| KITEC11003671 | $287.50 |
| KITEC11004064 | $575.00 |
| KITEC11003571 | $112.50 |
| KITEC11002569 | $1,262.50 |
| KITEC11003910 | $575.00 |
| KITEC11002689 | $112.50 |
| KITEC11003752 | $455.00 |
| KITEC11003591 | $577.00 |
| KITEC11003588 | $275.00 |
| KITEC11003713 | $5,000.00 |
| KITEC11002672 | $343.00 |
| KITEC11001705 | $287.50 |
| KITEC11002637 | $971.50 |
| KITEC11003913 | $337.50 |
| KITEC11003042 | $1,662.50 |
| KITEC11003016 | $245.00 |
| KITEC11003394 | $8,625.00 |
| KITEC11003947 | $225.00 |
| KITEC11004035 | $2,300.00 |
| KITEC11003262 | $800.00 |
| KITEC11002899 | $900.00 |
| KITEC11003736 | $1,150.00 |
| KITEC11004032 | $112.50 |
| KITEC11003569 | $1,487.50 |
| KITEC11003018 | $1,150.00 |
| KITEC11002500 | $112.50 |
| KITEC11002728 | $3,675.00 |
| KITEC11003293 | $287.50 |
| KITEC11003387 | $575.00 |
| KITEC11002557 | $287.50 |
| KITEC11003364 | $287.50 |
| KITEC11003449 | $508.00 |
| KITEC11003440 | $287.50 |
| KITEC11003277 | $287.50 |

| | |
|---|---|
| KITEC11002660 | $112.50 |
| KITEC11003375 | $287.50 |
| KITEC11003625 | $112.50 |
| KITEC11003453 | $862.50 |
| KITEC11001864 | $575.00 |
| KITEC11003363 | $3,200.00 |
| KITEC11002756 | $712.50 |
| KITEC11002427 | $862.50 |
| KITEC11003456 | $2,400.00 |
| KITEC11003023 | $575.00 |
| KITEC11002648 | $287.50 |
| KITEC11003198 | $9,462.50 |
| KITEC11002828 | $900.00 |
| KITEC11002754 | $230.00 |
| KITEC11003203 | $225.00 |
| KITEC11003202 | $112.50 |
| KITEC11002726 | $625.00 |
| KITEC11003204 | $287.50 |
| KITEC11003436 | $287.50 |
| KITEC11003389 | $1,275.00 |
| KITEC11002917 | $287.50 |
| KITEC11002866 | $287.50 |
| KITEC11003009 | $862.50 |
| KITEC11003421 | $575.00 |
| KITEC11002794 | $2,125.00 |
| KITEC11001959 | $900.00 |
| KITEC11002982 | $337.50 |
| KITEC11003206 | $112.50 |
| KITEC11002729 | $425.00 |
| KITEC11002664 | $2,125.00 |
| KITEC11003270 | $1,562.50 |
| KITEC11002937 | $175.00 |
| KITEC11002940 | $360.00 |
| KITEC11002638 | $800.00 |
| KITEC11003451 | $450.00 |
| KITEC11002808 | $2,225.00 |
| KITEC11003021 | $337.50 |
| KITEC11002658 | $287.50 |
| KITEC11003446 | $3,437.50 |
| KITEC11002213 | $112.50 |
| KITEC11001892 | $800.00 |
| KITEC11002594 | $13,225.00 |
| KITEC11002123 | $2,300.00 |
| KITEC11002436 | $112.50 |
| KITEC11002396 | $112.50 |
| KITEC11002830 | $5,863.00 |
| KITEC11002407 | $712.50 |

| | |
|---|---|
| KITEC11002448 | $150.00 |
| KITEC11002887 | $425.00 |
| KITEC11002909 | $1,487.50 |
| KITEC11002681 | $225.00 |
| KITEC11002680 | $225.00 |
| KITEC11002655 | $800.00 |
| KITEC11002599 | $575.00 |
| KITEC11002408 | $600.00 |
| KITEC11002233 | $2,375.00 |
| KITEC11002054 | $225.00 |
| KITEC11002596 | $3,600.00 |
| KITEC11002103 | $112.50 |
| KITEC11002910 | $850.00 |
| KITEC11002889 | $287.50 |
| KITEC11002799 | $337.50 |
| KITEC11002771 | $287.50 |
| KITEC11002253 | $7,074.00 |
| KITEC11002246 | $112.50 |
| KITEC11002151 | $287.50 |
| KITEC11002117 | $112.50 |
| KITEC11002868 | $937.50 |
| KITEC11002147 | $3,000.00 |
| KITEC11002679 | $1,550.00 |
| KITEC11002425 | $254.00 |
| KITEC11002639 | $575.00 |
| KITEC11002900 | $4,450.00 |
| KITEC11002650 | $6,564.81 |
| KITEC11002451 | $2,125.00 |
| KITEC11002400 | $1,275.00 |
| KITEC11002399 | $850.00 |
| KITEC11002398 | $850.00 |
| KITEC11002924 | $287.50 |
| KITEC11002412 | $862.50 |
| KITEC11002395 | $575.00 |
| KITEC11002208 | $900.00 |
| KITEC11002782 | $2,300.00 |
| KITEC11002668 | $8,000.00 |
| KITEC11002390 | $450.00 |
| KITEC11002872 | $1,550.00 |
| KITEC11002928 | $850.00 |
| KITEC11002374 | $425.00 |
| KITEC11002248 | $287.50 |
| KITEC11002555 | $400.00 |
| KITEC11002420 | $575.00 |
| KITEC11002677 | $575.00 |
| KITEC11002433 | $2,000.00 |
| KITEC11002671 | $575.00 |

| | |
|---|---|
| KITEC11002755 | $375.00 |
| KITEC11002768 | $225.00 |
| KITEC11002929 | $403.00 |
| KITEC11002882 | $287.50 |
| KITEC11002429 | $287.50 |
| KITEC11002667 | $360.00 |
| KITEC11002441 | $534.00 |
| KITEC11002383 | $535.00 |
| KITEC11002647 | $202.00 |
| KITEC11002775 | $1,950.00 |
| KITEC11002503 | $3,900.00 |
| KITEC11002673 | $2,012.50 |
| KITEC11002595 | $450.00 |
| KITEC11002545 | $225.00 |
| KITEC11002229 | $7,625.24 |
| KITEC11002309 | $6,490.00 |
| KITEC11002371 | $1,812.50 |
| KITEC11002162 | $912.50 |
| KITEC11002421 | $5,065.00 |
| KITEC11002645 | $975.00 |
| KITEC11002665 | $2,125.00 |
| KITEC11002376 | $287.50 |
| KITEC11001785 | $845.00 |
| KITEC11002898 | $3,787.50 |
| KITEC11002435 | $2,937.00 |
| KITEC11002666 | $400.00 |
| KITEC11001880 | $287.50 |
| KITEC11001897 | $400.00 |
| KITEC11002055 | $425.00 |
| KITEC11001949 | $1,287.50 |
| KITEC11001304 | $425.00 |
| KITEC11002156 | $937.50 |
| KITEC11002104 | $850.00 |
| KITEC11002099 | $575.00 |
| KITEC11002084 | $287.50 |
| KITEC11002065 | $575.00 |
| KITEC11002047 | $225.00 |
| KITEC11002419 | $287.50 |
| KITEC11002417 | $1,275.00 |
| KITEC11001886 | $850.00 |
| KITEC11001898 | $1,219.00 |
| KITEC11002232 | $420.00 |
| KITEC11002204 | $1,950.00 |
| KITEC11002214 | $1,150.00 |
| KITEC11002422 | $862.50 |
| KITEC11002136 | $6,780.00 |
| KITEC11001947 | $225.00 |

| | |
|---|---|
| KITEC11002110 | $862.50 |
| KITEC11001969 | $112.50 |
| KITEC11001883 | $112.50 |
| KITEC11002134 | $100.00 |
| KITEC11002164 | $250.00 |
| KITEC11002148 | $575.00 |
| KITEC11002094 | $165.00 |
| KITEC11001888 | $575.00 |
| KITEC11001739 | $840.00 |
| KITEC11002060 | $287.50 |
| KITEC11001916 | $287.50 |
| KITEC11001950 | $400.00 |
| KITEC11002079 | $446.00 |
| KITEC11002133 | $112.50 |
| KITEC11001766 | $3,400.00 |
| KITEC11002150 | $1,725.00 |
| KITEC11002141 | $287.50 |
| KITEC11002137 | $500.00 |
| KITEC11002163 | $1,775.00 |
| KITEC11002260 | $225.00 |
| KITEC11002069 | $287.50 |
| KITEC11002241 | $575.00 |
| KITEC11001912 | $287.50 |
| KITEC11002239 | $287.50 |
| KITEC11002238 | $425.00 |
| KITEC11002245 | $1,375.00 |
| KITEC11002126 | $110.00 |
| KITEC11001968 | $575.00 |
| KITEC11002083 | $400.00 |
| KITEC11001895 | $975.00 |
| KITEC11001977 | $545.00 |
| KITEC11002145 | $287.50 |
| KITEC11002070 | $112.50 |
| KITEC11002119 | $287.50 |
| KITEC11001576 | $225.00 |
| KITEC11001925 | $945.00 |
| KITEC11002080 | $337.50 |
| KITEC11001710 | $287.50 |
| KITEC11001906 | $112.50 |
| KITEC11001772 | $1,425.00 |
| KITEC11001786 | $562.00 |
| KITEC11001247 | $287.50 |
| KITEC11001742 | $1,000.00 |
| KITEC11001934 | $3,162.50 |
| KITEC11001955 | $400.00 |
| KITEC11001914 | $687.50 |
| KITEC11001917 | $850.00 |

| | |
|---|---|
| KITEC11001024 | $112.50 |
| KITEC11001907 | $862.50 |
| KITEC11001790 | $862.50 |
| KITEC11001889 | $287.50 |
| KITEC11001954 | $251.00 |
| KITEC11001952 | $425.00 |
| KITEC11001396 | $56.00 |
| KITEC11001769 | $111.00 |
| KITEC11001867 | $400.00 |
| KITEC11001789 | $687.50 |
| KITEC11001755 | $287.50 |
| KITEC11001915 | $862.50 |
| KITEC11001839 | $1,725.00 |
| KITEC11001929 | $287.50 |
| KITEC11001771 | $287.50 |
| KITEC11001945 | $575.00 |
| KITEC11001951 | $712.50 |
| KITEC11001748 | $112.50 |
| KITEC11001946 | $375.00 |
| KITEC11001604 | $575.00 |
| KITEC11001372 | $130.00 |
| KITEC11001926 | $287.50 |
| KITEC11001756 | $400.00 |
| KITEC11001746 | $2,650.00 |
| KITEC11001306 | $1,712.50 |
| KITEC11001782 | $2,787.50 |
| KITEC11001740 | $862.50 |
| KITEC11001865 | $425.00 |
| KITEC11001881 | $400.00 |
| KITEC11001265 | $862.50 |
| KITEC11001781 | $825.00 |
| KITEC11001622 | $575.00 |
| KITEC11001621 | $287.50 |
| KITEC11001707 | $2,300.00 |
| KITEC11000777 | $287.50 |
| KITEC11001685 | $883.00 |
| KITEC11001015 | $425.00 |
| KITEC11001745 | $473.00 |
| KITEC11001408 | $575.00 |
| KITEC11001631 | $425.00 |
| KITEC11001735 | $425.00 |
| KITEC11001615 | $400.00 |
| KITEC11001866 | $712.50 |
| KITEC11001684 | $912.50 |
| KITEC11000471 | $1,200.00 |
| KITEC11001593 | $862.50 |
| KITEC11001738 | $165.00 |

| | |
|---|---|
| KITEC11001879 | $179.00 |
| KITEC11001753 | $1,712.50 |
| KITEC11001768 | $575.00 |
| KITEC11001590 | $862.50 |
| KITEC11001876 | $823.00 |
| KITEC11001599 | $748.68 |
| KITEC11001579 | $225.00 |
| KITEC11001595 | $337.50 |
| KITEC11001002 | $287.50 |
| KITEC11001379 | $287.50 |
| KITEC11001609 | $1,000.00 |
| KITEC11001380 | $225.00 |
| KITEC11001550 | $287.50 |
| KITEC11001596 | $225.00 |
| KITEC11001377 | $2,125.00 |
| KITEC11001539 | $425.00 |
| KITEC11001269 | $1,575.00 |
| KITEC11001561 | $1,150.00 |
| KITEC11001237 | $112.50 |
| KITEC11001584 | $4,600.00 |
| KITEC11001559 | $1,725.00 |
| KITEC11001552 | $287.50 |
| KITEC11001551 | $287.50 |
| KITEC11001588 | $287.50 |
| KITEC11001403 | $287.50 |
| KITEC11001402 | $3,450.00 |
| KITEC11001401 | $295.00 |
| KITEC11001400 | $165.00 |
| KITEC11001597 | $337.50 |
| KITEC11001371 | $575.00 |
| KITEC11001266 | $112.50 |
| KITEC11001042 | $287.50 |
| KITEC11001382 | $862.50 |
| KITEC11001307 | $575.00 |
| KITEC11001035 | $287.50 |
| KITEC11001232 | $287.50 |
| KITEC11001104 | $575.00 |
| KITEC11001369 | $287.50 |
| KITEC11001172 | $575.00 |
| KITEC11000885 | $642.36 |
| KITEC11001300 | $112.50 |
| KITEC11001308 | $432.79 |
| KITEC11001281 | $205.00 |
| KITEC11001268 | $197.00 |
| KITEC11001294 | $287.50 |
| KITEC11001359 | $287.50 |
| KITEC11000557 | $225.00 |

| | |
|---|---|
| KITEC11000287 | $337.50 |
| KITEC11000953 | $112.50 |
| KITEC11001249 | $685.00 |
| KITEC11001245 | $400.00 |
| KITEC11001383 | $400.00 |
| KITEC11001045 | $1,725.00 |
| KITEC11001244 | $862.50 |
| KITEC11000754 | $857.05 |
| KITEC11001236 | $112.50 |
| KITEC11000983 | $1,008.00 |
| KITEC11001297 | $575.00 |
| KITEC11001381 | $225.00 |
| KITEC11001223 | $975.00 |
| KITEC11001038 | $225.00 |
| KITEC11000872 | $687.50 |
| KITEC11000979 | $333.00 |
| KITEC11001041 | $2,875.00 |
| KITEC11000711 | $9,750.00 |
| KITEC11000949 | $287.50 |
| KITEC11001114 | $400.00 |
| KITEC11001222 | $575.00 |
| KITEC11001099 | $112.50 |
| KITEC11001110 | $746.00 |
| KITEC11000978 | $287.50 |
| KITEC11001161 | $425.00 |
| KITEC11000956 | $337.50 |
| KITEC11000952 | $287.50 |
| KITEC11000911 | $575.00 |
| KITEC11001176 | $575.00 |
| KITEC11001187 | $425.00 |
| KITEC11001029 | $1,150.00 |
| KITEC11001004 | $369.00 |
| KITEC11000981 | $787.50 |
| KITEC11000985 | $1,662.50 |
| KITEC11001174 | $287.50 |
| KITEC11001169 | $3,162.50 |
| KITEC11000986 | $575.00 |
| KITEC11000966 | $2,437.50 |
| KITEC11001248 | $287.50 |
| KITEC11001113 | $287.50 |
| KITEC11001105 | $287.50 |
| KITEC11001060 | $112.50 |
| KITEC11000903 | $395.00 |
| KITEC11001149 | $183.00 |
| KITEC11001157 | $287.50 |
| KITEC11001001 | $400.00 |
| KITEC11001037 | $287.50 |

| | |
|---|---|
| KITEC11001170 | $112.50 |
| KITEC11001025 | $575.00 |
| KITEC11001032 | $287.50 |
| KITEC11001173 | $687.50 |
| KITEC11001171 | $4,490.00 |
| KITEC11001180 | $1,150.00 |
| KITEC11001039 | $2,176.00 |
| KITEC11001040 | $287.50 |
| KITEC11001006 | $1,125.00 |
| KITEC11000962 | $800.00 |
| KITEC11000894 | $537.50 |
| KITEC11001158 | $575.00 |
| KITEC11000964 | $1,700.00 |
| KITEC11000822 | $1,025.00 |
| KITEC11001102 | $225.00 |
| KITEC11000719 | $2,300.00 |
| KITEC11000874 | $575.00 |
| KITEC11000825 | $1,725.00 |
| KITEC11000772 | $575.00 |
| KITEC11000838 | $562.50 |
| KITEC11000883 | $575.00 |
| KITEC11000814 | $263.00 |
| KITEC11000837 | $675.00 |
| KITEC11000752 | $1,150.00 |
| KITEC11000832 | $1,000.00 |
| KITEC11000834 | $200.00 |
| KITEC11000813 | $1,150.00 |
| KITEC11000907 | $112.50 |
| KITEC11000815 | $287.50 |
| KITEC11000831 | $2,300.00 |
| KITEC11000784 | $425.00 |
| KITEC11000770 | $70.00 |
| KITEC11000876 | $687.50 |
| KITEC11000875 | $1,437.50 |
| KITEC11000827 | $862.50 |
| KITEC11000467 | $287.50 |
| KITEC11000880 | $4,312.50 |
| KITEC11000548 | $337.50 |
| KITEC11000722 | $862.50 |
| KITEC11000552 | $287.50 |
| KITEC11000765 | $1,475.00 |
| KITEC11000528 | $287.50 |
| KITEC11000712 | $862.50 |
| KITEC11000759 | $287.50 |
| KITEC11000500 | $3,089.00 |
| KITEC11000763 | $687.50 |
| KITEC11000720 | $287.50 |

| | |
|---|---|
| KITEC11000020 | $287.50 |
| KITEC11000006 | $1,512.50 |
| KITEC11000009 | $1,512.50 |
| KITEC11000716 | $112.50 |
| KITEC11000596 | $1,595.00 |
| KITEC11000755 | $287.50 |
| KITEC11000677 | $450.00 |
| KITEC11000520 | $900.00 |
| KITEC11000682 | $1,087.50 |
| KITEC11000585 | $687.50 |
| KITEC11000597 | $625.00 |
| KITEC11000560 | $575.00 |
| KITEC11000264 | $2,575.00 |
| KITEC11000510 | $862.50 |
| KITEC11000594 | $400.00 |
| KITEC11000598 | $300.00 |
| KITEC11000422 | $575.00 |
| KITEC11000599 | $287.50 |
| KITEC11000584 | $150.00 |
| KITEC11000002 | $850.00 |
| KITEC11000641 | $735.00 |
| KITEC11000604 | $337.50 |
| KITEC11000633 | $112.50 |
| KITEC11000019 | $337.50 |
| KITEC11000517 | $712.50 |
| KITEC11000610 | $267.00 |
| KITEC11000245 | $287.50 |
| KITEC11000591 | $250.00 |
| KITEC11000672 | $287.50 |
| KITEC11000625 | $287.50 |
| KITEC11000095 | $1,437.50 |
| KITEC11000463 | $425.00 |
| KITEC11000469 | $8,050.00 |
| KITEC11000629 | $425.00 |
| KITEC11000549 | $512.50 |
| KITEC11000561 | $575.00 |
| KITEC11000271 | $60.00 |
| KITEC11000679 | $287.50 |
| KITEC11000498 | $850.00 |
| KITEC11000601 | $287.50 |
| KITEC11000611 | $400.00 |
| KITEC12000457 | $740.00 |
| KITEC11000283 | $2,300.00 |
| KITEC11000091 | $400.00 |
| KITEC11000474 | $400.58 |
| KITEC11000288 | $862.50 |
| KITEC11000419 | $300.00 |

| | |
|---|---|
| KITEC11000550 | $1,237.50 |
| KITEC11000045 | $687.50 |
| KITEC11000626 | $450.00 |
| KITEC11000524 | $5,050.87 |
| KITEC11000678 | $1,250.00 |
| KITEC11000414 | $287.50 |
| KITEC11000274 | $862.50 |
| KITEC11000063 | $687.50 |
| KITEC11000388 | $5,000.00 |
| KITEC11000420 | $321.00 |
| KITEC11000350 | $575.00 |
| KITEC11000343 | $287.50 |
| KITEC11000098 | $575.00 |
| KITEC11000093 | $287.50 |
| KITEC11000057 | $1,425.00 |
| KITEC11000345 | $287.50 |
| KITEC11000461 | $500.00 |
| KITEC11000382 | $862.50 |
| KITEC11000092 | $237.00 |
| KITEC11000347 | $1,862.50 |
| KITEC11000088 | $1,150.00 |
| KITEC11000475 | $287.50 |
| KITEC11000007 | $112.50 |
| KITEC11000085 | $1,150.00 |
| KITEC11000476 | $2,075.00 |
| KITEC11000097 | $862.50 |
| KITEC11000504 | $537.50 |
| KITEC11000276 | $207.00 |
| KITEC11000556 | $425.00 |
| KITEC11000526 | $425.00 |
| KITEC11000562 | $287.50 |
| KITEC11000026 | $537.50 |
| KITEC11000400 | $287.50 |
| KITEC11000418 | $4,625.00 |
| KITEC11000553 | $425.00 |
| KITEC11000462 | $3,837.50 |
| KITEC11000457 | $485.00 |
| KITEC11000053 | $737.50 |
| KITEC11000466 | $575.00 |
| KITEC11000387 | $787.50 |
| KITEC11000501 | $625.00 |
| KITEC11000075 | $225.00 |
| KITEC11000082 | $287.50 |
| KITEC11000056 | $400.00 |
| KITEC11000379 | $287.50 |
| KITEC11000251 | $287.50 |
| KITEC11000010 | $337.50 |

| | |
|---|---|
| KITEC11000064 | $810.00 |
| KITEC11000401 | $715.00 |
| KITEC11000084 | $4,125.00 |
| KITEC11000083 | $1,437.50 |
| KITEC11000017 | $400.00 |
| KITEC11000458 | $225.00 |
| KITEC11000391 | $112.50 |
| KITEC11000392 | $575.00 |
| KITEC11000509 | $937.50 |
| KITEC11000455 | $1,287.50 |
| KITEC11000356 | $785.00 |
| KITEC11000099 | $337.50 |
| KITEC11000393 | $1,756.00 |
| KITEC11000080 | $112.50 |
| KITEC11000340 | $2,700.00 |
| KITEC11000248 | $1,700.00 |
| KITEC11000417 | $653.00 |
| KITEC11000383 | $4,300.00 |
| KITEC11000472 | $575.00 |
| KITEC11000385 | $400.00 |
| KITEC11000286 | $1,275.00 |
| KITEC11000337 | $1,137.50 |
| KITEC11000043 | $337.50 |
| KITEC11000087 | $287.50 |
| KITEC11000270 | $287.50 |
| KITEC11000086 | $400.00 |
| KITEC11000394 | $400.00 |
| KITEC11000273 | $575.00 |
| KITEC11000094 | $287.50 |
| KITEC11000081 | $287.50 |
| KITEC11000294 | $287.50 |
| KITEC11000021 | $862.50 |
| KITEC11000278 | $850.00 |
| KITEC11000089 | $575.00 |
| KITEC11000284 | $225.00 |

### Non-Quebec Canadian Claims

| | |
|---|---|
| KITEC11003512 | $10,174.25 |
| KITEC11004090 | $370.24 |
| KITEC1999910 | $36.05 |
| KITEC11003231 | $77.27 |
| KITEC11003939 | $144.88 |
| KITEC11003791 | $144.88 |
| KITEC11003416 | $144.88 |
| KITEC11003397 | $144.88 |
| KITEC11003222 | $144.88 |
| KITEC11003078 | $144.88 |

| | |
|---|---|
| KITEC11002742 | $144.88 |
| KITEC11002701 | $144.88 |
| KITEC11002504 | $144.88 |
| KITEC11002783 | $193.17 |
| KITEC11002590 | $203.47 |
| KITEC11004085 | $289.76 |
| KITEC11003817 | $289.76 |
| KITEC11003674 | $289.76 |
| KITEC11003201 | $289.76 |
| KITEC11003494 | $364.45 |
| KITEC11004157 | $370.24 |
| KITEC11004129 | $370.24 |
| KITEC11004113 | $370.24 |
| KITEC11003683 | $370.24 |
| KITEC11003058 | $370.24 |
| KITEC11003052 | $370.24 |
| KITEC11002472 | $370.24 |
| KITEC11002525 | $434.63 |
| KITEC11002580 | $450.73 |
| KITEC11003840 | $515.12 |
| KITEC11003264 | $515.12 |
| KITEC11002600 | $515.12 |
| KITEC11003904 | $547.32 |
| KITEC11003128 | $547.32 |
| KITEC11003126 | $579.51 |
| KITEC11002989 | $579.51 |
| KITEC11003887 | $740.49 |
| KITEC11002853 | $740.49 |
| KITEC11003545 | $765.94 |
| KITEC11002964 | $869.27 |
| KITEC11002467 | $869.27 |
| KITEC11003862 | $885.36 |
| KITEC11003678 | $885.36 |
| KITEC11003532 | $885.36 |
| KITEC11003257 | $917.56 |
| KITEC11003784 | $1,030.24 |
| KITEC11003842 | $1,062.44 |
| KITEC11004086 | $1,110.73 |
| KITEC11003559 | $1,239.51 |
| KITEC11003178 | $1,255.61 |
| KITEC11002699 | $1,255.61 |
| KITEC11003543 | $2,124.87 |
| KITEC11003396 | $2,140.97 |
| KITEC11000424 | $2,221.46 |
| KITEC11003054 | $2,366.33 |
| KITEC11003077 | $2,511.21 |
| KITEC11003866 | $2,607.80 |

| | |
|---|---|
| KITEC11002721 | $3,106.82 |
| KITEC11003026 | $3,171.21 |
| KITEC11003205 | $4,346.32 |
| KITEC11002871 | $10,424.60 |
| KITEC11003049 | $14,131.02 |
| KITEC11002491 | $37.87 |
| KITEC11003086 | $142.00 |
| KITEC11002978 | $142.00 |
| KITEC11002952 | $142.00 |
| KITEC11002611 | $142.00 |
| KITEC11002575 | $142.00 |
| KITEC11002568 | $142.00 |
| KITEC11002522 | $142.00 |
| KITEC11002483 | $142.00 |
| KITEC11001666 | $142.00 |
| KITEC11002703 | $248.65 |
| KITEC11002586 | $252.44 |
| KITEC11003404 | $284.00 |
| KITEC11003136 | $284.00 |
| KITEC11002744 | $284.00 |
| KITEC11002693 | $284.00 |
| KITEC11002484 | $284.00 |
| KITEC11003141 | $362.88 |
| KITEC11002956 | $362.88 |
| KITEC11002854 | $362.88 |
| KITEC11002690 | $362.88 |
| KITEC11002579 | $362.88 |
| KITEC11002524 | $362.88 |
| KITEC11002492 | $362.88 |
| KITEC11002481 | $362.88 |
| KITEC11002702 | $646.88 |
| KITEC11002236 | $646.88 |
| KITEC11002461 | $678.43 |
| KITEC11002426 | $678.43 |
| KITEC11002692 | $709.99 |
| KITEC11003152 | $725.77 |
| KITEC11002847 | $725.77 |
| KITEC11002577 | $725.77 |
| KITEC11002457 | $725.77 |
| KITEC11002972 | $769.94 |
| KITEC11002190 | $851.99 |
| KITEC11002544 | $858.30 |
| KITEC11003242 | $1,009.76 |
| KITEC11001835 | $1,009.76 |
| KITEC11001523 | $1,088.65 |
| KITEC11001961 | $1,577.75 |
| KITEC11002836 | $1,798.64 |

| | |
|---|---|
| KITEC11002974 | $2,839.94 |
| KITEC11000710 | $2,881.09 |
| KITEC11002468 | $3,294.33 |
| KITEC11002560 | $7,194.53 |
| KITEC11002463 | $362.88 |
| KITEC11003399 | $425.99 |
| KITEC11002695 | $425.99 |
| KITEC11002678 | $425.99 |
| KITEC11002523 | $425.99 |
| KITEC11003090 | $504.88 |
| KITEC11002859 | $536.44 |
| KITEC11002351 | $757.35 |
| KITEC11002850 | $302.94 |
| KITEC11002848 | $302.94 |
| KITEC11002844 | $1,312.74 |
| KITEC11002840 | $757.35 |
| KITEC11002833 | $841.50 |
| KITEC11002827 | $690.03 |
| KITEC11002806 | $572.22 |
| KITEC11002641 | $729.75 |
| KITEC11002616 | $784.95 |
| KITEC11002614 | $454.41 |
| KITEC11002612 | $16,034.28 |
| KITEC11002598 | $17,126.21 |
| KITEC11002552 | $1,228.59 |
| KITEC11002509 | $7,378.27 |
| KITEC11002507 | $841.50 |
| KITEC11002465 | $6,193.44 |
| KITEC11002462 | $2,322.54 |
| KITEC11002439 | $6,799.32 |
| KITEC11002367 | $3,096.72 |
| KITEC11002364 | $908.82 |
| KITEC11002359 | $774.18 |
| KITEC11002345 | $1,228.59 |
| KITEC11002337 | $1,368.13 |
| KITEC11002334 | $908.82 |
| KITEC11002315 | $1,161.27 |
| KITEC11002284 | $387.09 |
| KITEC11002281 | $387.09 |
| KITEC11002271 | $5,183.64 |
| KITEC11002168 | $3,808.83 |
| KITEC11002130 | $3,433.32 |
| KITEC11002040 | $572.22 |
| KITEC11001862 | $11,702.91 |
| KITEC11002445 | $207.63 |
| KITEC11002380 | $295.67 |
| KITEC11002373 | $1,930.41 |

| | |
|---|---|
| KITEC11002372 | $903.44 |
| KITEC11002340 | $443.51 |
| KITEC11002335 | $147.84 |
| KITEC11002326 | $2,973.15 |
| KITEC11002325 | $295.67 |
| KITEC11002324 | $147.84 |
| KITEC11002320 | $356.12 |
| KITEC11002300 | $591.35 |
| KITEC11002296 | $591.35 |
| KITEC11002275 | $17,691.06 |
| KITEC11002272 | $123.53 |
| KITEC11002223 | $755.61 |
| KITEC11002200 | $377.80 |
| KITEC11002195 | $377.80 |
| KITEC11002191 | $147.84 |
| KITEC11002184 | $295.67 |
| KITEC11002182 | $5,666.39 |
| KITEC11002179 | $1,806.89 |
| KITEC11002177 | $377.80 |
| KITEC11002176 | $591.35 |
| KITEC11002172 | $903.44 |
| KITEC11002154 | $295.67 |
| KITEC11002113 | $147.84 |
| KITEC11002098 | $443.51 |
| KITEC11002088 | $5,667.05 |
| KITEC11002046 | $147.84 |
| KITEC11002041 | $739.18 |
| KITEC11002039 | $147.84 |
| KITEC11001996 | $1,199.12 |
| KITEC11001981 | $1,412.66 |
| KITEC11001885 | $755.61 |
| KITEC11001845 | $1,133.41 |
| KITEC11001524 | $377.80 |
| KITEC11000867 | $1,133.41 |
| KITEC11002112 | $156.78 |
| KITEC11001872 | $419.34 |
| KITEC11002257 | $958.10 |
| KITEC11002218 | $470.34 |
| KITEC11002206 | $1,097.46 |
| KITEC11002197 | $557.44 |
| KITEC11002193 | $156.78 |
| KITEC11002185 | $794.35 |
| KITEC11002175 | $313.56 |
| KITEC11002131 | $958.10 |
| KITEC11002038 | $156.78 |
| KITEC11002016 | $627.12 |
| KITEC11002015 | $313.56 |

| | |
|---|---|
| KITEC11002011 | $557.44 |
| KITEC11002008 | $627.12 |
| KITEC11002007 | $435.68 |
| KITEC11002001 | $871.00 |
| KITEC11001997 | $470.34 |
| KITEC11001994 | $3,031.08 |
| KITEC11001985 | $313.56 |
| KITEC11001984 | $557.44 |
| KITEC11001980 | $801.32 |
| KITEC11001962 | $2,700.10 |
| KITEC11001831 | $801.32 |
| KITEC11001350 | $1,149.72 |
| KITEC11001036 | $940.68 |
| KITEC11001860 | $161.52 |
| KITEC11002044 | $146.58 |
| KITEC11002021 | $146.58 |
| KITEC11002003 | $814.31 |
| KITEC11001992 | $374.58 |
| KITEC11001908 | $374.58 |
| KITEC11001900 | $293.15 |
| KITEC11001855 | $497.00 |
| KITEC11001848 | $93.81 |
| KITEC11001834 | $1,302.90 |
| KITEC11001820 | $374.58 |
| KITEC11001807 | $839.07 |
| KITEC11001788 | $389.57 |
| KITEC11001764 | $1,270.33 |
| KITEC11001706 | $374.58 |
| KITEC11001698 | $2,589.51 |
| KITEC11001663 | $1,482.05 |
| KITEC11001642 | $6,579.65 |
| KITEC11001201 | $374.58 |
| KITEC11001840 | $2,096.72 |
| KITEC11001490 | $1,491.00 |
| KITEC11001456 | $1,071.66 |
| KITEC11001675 | $5,032.12 |
| KITEC11001603 | $2,065.66 |
| KITEC11001875 | $497.00 |
| KITEC11001841 | $279.56 |
| KITEC11001829 | $559.12 |
| KITEC11001826 | $1,071.66 |
| KITEC11001825 | $139.78 |
| KITEC11001817 | $419.34 |
| KITEC11001797 | $139.78 |
| KITEC11001695 | $357.22 |
| KITEC11001694 | $1,258.03 |
| KITEC11001693 | $698.91 |

| | |
|---|---|
| KITEC11001688 | $1,071.66 |
| KITEC11001687 | $776.56 |
| KITEC11001683 | $497.00 |
| KITEC11001676 | $4,535.12 |
| KITEC11001672 | $357.22 |
| KITEC11001655 | $978.47 |
| KITEC11001653 | $2,857.75 |
| KITEC11001650 | $357.22 |
| KITEC11001646 | $357.22 |
| KITEC11001644 | $1,359.29 |
| KITEC11001641 | $139.78 |
| KITEC11001638 | $139.78 |
| KITEC11001637 | $497.00 |
| KITEC11001574 | $5,544.66 |
| KITEC11001564 | $419.34 |
| KITEC11001519 | $1,677.37 |
| KITEC11001501 | $2,957.15 |
| KITEC11001443 | $279.56 |
| KITEC11001442 | $1,245.79 |
| KITEC11001425 | $139.78 |
| KITEC11001424 | $911.99 |
| KITEC11001411 | $357.22 |
| KITEC11001373 | $357.22 |
| KITEC11001235 | $357.22 |
| KITEC11000801 | $3,261.56 |
| KITEC11000758 | $698.91 |
| KITEC11000185 | $1,164.84 |
| KITEC11001762 | $1,413.34 |
| KITEC11001744 | $559.12 |
| KITEC11001743 | $139.78 |
| KITEC11001729 | $279.56 |
| KITEC11001718 | $279.56 |
| KITEC11001696 | $139.78 |
| KITEC11001610 | $214.44 |
| KITEC11001562 | $968.33 |
| KITEC11001529 | $575.38 |
| KITEC11001522 | $112.27 |
| KITEC11001513 | $126.30 |
| KITEC11001487 | $322.78 |
| KITEC11001484 | $126.30 |
| KITEC11001483 | $252.61 |
| KITEC11001468 | $449.08 |
| KITEC11001446 | $126.30 |
| KITEC11001445 | $785.89 |
| KITEC11001444 | $771.86 |
| KITEC11001439 | $1,571.78 |
| KITEC11001437 | $322.21 |

| | |
|---|---|
| KITEC11001436 | $321.09 |
| KITEC11001417 | $217.80 |
| KITEC11001343 | $322.78 |
| KITEC11001331 | $126.30 |
| KITEC11001330 | $322.78 |
| KITEC11000950 | $831.92 |
| KITEC11000934 | $1,543.71 |
| KITEC11000930 | $1,014.92 |
| KITEC11000944 | $10,994.00 |
| KITEC11000954 | $621.63 |
| KITEC11000359 | $621.63 |
| KITEC11001367 | $432.44 |
| KITEC11001351 | $432.44 |
| KITEC11001347 | $121.62 |
| KITEC11001335 | $932.45 |
| KITEC11001286 | $121.62 |
| KITEC11001285 | $310.82 |
| KITEC11001258 | $621.63 |
| KITEC11001250 | $246.49 |
| KITEC11001230 | $121.62 |
| KITEC11001218 | $364.87 |
| KITEC11001216 | $554.06 |
| KITEC11001125 | $1,554.08 |
| KITEC11001122 | $923.26 |
| KITEC11001079 | $121.62 |
| KITEC11001033 | $226.01 |
| KITEC11000923 | $1,552.90 |
| KITEC11001229 | $469.44 |
| KITEC11001214 | $316.08 |
| KITEC11001204 | $3,478.50 |
| KITEC11001197 | $247.36 |
| KITEC11001196 | $247.36 |
| KITEC11001193 | $316.08 |
| KITEC11001144 | $316.08 |
| KITEC11001139 | $245.98 |
| KITEC11001138 | $439.76 |
| KITEC11001080 | $810.81 |
| KITEC11001075 | $2,336.22 |
| KITEC11001067 | $439.76 |
| KITEC11001065 | $1,195.60 |
| KITEC11001051 | $316.08 |
| KITEC11001047 | $494.73 |
| KITEC11001043 | $247.36 |
| KITEC11001014 | $714.61 |
| KITEC11001013 | $123.68 |
| KITEC11001009 | $316.08 |
| KITEC11000989 | $810.81 |

| | |
|---|---|
| KITEC11000987 | $123.68 |
| KITEC11000947 | $316.08 |
| KITEC11000943 | $673.93 |
| KITEC11000268 | $123.68 |
| KITEC11001095 | $440.88 |
| KITEC11001094 | $124.00 |
| KITEC11001074 | $950.65 |
| KITEC11001073 | $124.00 |
| KITEC11001061 | $316.88 |
| KITEC11001049 | $247.99 |
| KITEC11001008 | $1,350.19 |
| KITEC11001000 | $1,929.95 |
| KITEC11000988 | $1,074.64 |
| KITEC11000945 | $867.98 |
| KITEC11000940 | $371.99 |
| KITEC11000939 | $124.00 |
| KITEC11000915 | $495.99 |
| KITEC11000869 | $121.52 |
| KITEC11000301 | $299.59 |
| KITEC11000663 | $589.72 |
| KITEC11000797 | $697.41 |
| KITEC11000742 | $469.72 |
| KITEC11000840 | $346.14 |
| KITEC11000877 | $294.86 |
| KITEC11000844 | $153.84 |
| KITEC11000830 | $230.76 |
| KITEC11000818 | $163.07 |
| KITEC11000803 | $294.86 |
| KITEC11000800 | $589.72 |
| KITEC11000789 | $525.62 |
| KITEC11000757 | $2,256.32 |
| KITEC11000745 | $641.00 |
| KITEC11000738 | $294.86 |
| KITEC11000732 | $230.76 |
| KITEC11000706 | $346.14 |
| KITEC11000695 | $516.94 |
| KITEC11000690 | $230.76 |
| KITEC11000688 | $3,012.70 |
| KITEC11000670 | $72.22 |
| KITEC11000576 | $4,010.10 |
| KITEC11000516 | $233.84 |
| KITEC11000507 | $641.00 |
| KITEC11000453 | $1,820.44 |
| KITEC11000357 | $153.84 |
| KITEC11000306 | $1,256.36 |
| KITEC11000226 | $961.50 |
| KITEC11000191 | $923.04 |

| | |
|---|---|
| KITEC11000173 | $230.76 |
| KITEC11000104 | $2,051.20 |
| KITEC12000640 | $182.05 |
| KITEC11000804 | $117.03 |
| KITEC11000799 | $117.03 |
| KITEC11000786 | $4,702.11 |
| KITEC11000747 | $596.09 |
| KITEC11000743 | $234.07 |
| KITEC11000740 | $533.15 |
| KITEC11000725 | $62.42 |
| KITEC11000724 | $146.68 |
| KITEC11000668 | $1,313.37 |
| KITEC11000647 | $6,787.89 |
| KITEC11000639 | $1,645.74 |
| KITEC11000636 | $715.20 |
| KITEC11000635 | $715.20 |
| KITEC11000621 | $897.25 |
| KITEC11000544 | $2,028.57 |
| KITEC11000495 | $299.08 |
| KITEC11000435 | $7,711.15 |
| KITEC11000390 | $83.22 |
| KITEC11000361 | $786.41 |
| KITEC11000207 | $533.15 |
| KITEC11000013 | $104.03 |
| KITEC11000101 | $287.50 |
| KITEC11000567 | $112.50 |
| KITEC11000575 | $687.50 |
| KITEC11000447 | $225.00 |
| KITEC11000657 | $113.98 |
| KITEC11000655 | $582.58 |
| KITEC11000648 | $2,039.02 |
| KITEC11000640 | $405.27 |
| KITEC11000637 | $405.27 |
| KITEC11000634 | $1,747.74 |
| KITEC11000624 | $2,077.02 |
| KITEC11000623 | $113.98 |
| KITEC11000622 | $227.97 |
| KITEC11000586 | $3,808.54 |
| KITEC11000581 | $8,885.73 |
| KITEC11000577 | $342.45 |
| KITEC11000574 | $291.29 |
| KITEC11000573 | $1,165.16 |
| KITEC11000569 | $341.95 |
| KITEC11000563 | $113.98 |
| KITEC11000546 | $4,736.62 |
| KITEC11000545 | $405.27 |
| KITEC11000543 | $113.98 |

| | |
|---|---|
| KITEC11000541 | $2,322.21 |
| KITEC11000540 | $113.98 |
| KITEC11000539 | $227.97 |
| KITEC11000532 | $519.25 |
| KITEC11000529 | $873.87 |
| KITEC11000512 | $113.98 |
| KITEC11000508 | $405.27 |
| KITEC11000494 | $341.95 |
| KITEC11000492 | $3,039.54 |
| KITEC11000480 | $341.95 |
| KITEC11000478 | $7,991.46 |
| KITEC11000450 | $890.98 |
| KITEC11000437 | $113.98 |
| KITEC11000426 | $519.25 |
| KITEC11000381 | $341.95 |
| KITEC11000365 | $519.25 |
| KITEC11000322 | $2,115.01 |
| KITEC11000242 | $633.24 |
| KITEC11000211 | $405.27 |
| KITEC11000210 | $569.91 |
| KITEC11000183 | $519.25 |
| KITEC11000152 | $341.95 |
| KITEC11000120 | $2,153.01 |
| KITEC11000116 | $358.42 |
| KITEC11000111 | $696.56 |
| KITEC11000106 | $227.97 |
| KITEC11000103 | $2,330.31 |
| KITEC11000102 | $597.28 |
| KITEC11000662 | $291.29 |
| KITEC11000658 | $113.98 |
| KITEC11000109 | $112.50 |
| KITEC11000296 | $337.50 |
| KITEC11000496 | $1,275.00 |
| KITEC11000481 | $287.50 |
| KITEC11000448 | $6,660.00 |
| KITEC11000389 | $2,175.00 |
| KITEC11000386 | $103.00 |
| KITEC11000378 | $112.50 |
| KITEC11000377 | $862.50 |
| KITEC11000334 | $4,412.50 |
| KITEC11000332 | $112.50 |
| KITEC11000331 | $1,437.50 |
| KITEC11000329 | $575.00 |
| KITEC11000328 | $400.00 |
| KITEC11000326 | $337.50 |
| KITEC11000302 | $400.00 |
| KITEC11000291 | $40.00 |

| | |
|---|---|
| KITEC11000217 | $118.00 |
| KITEC11000198 | $400.00 |
| KITEC11000186 | $287.50 |
| KITEC11000184 | $225.00 |
| KITEC11000172 | $1,000.00 |
| KITEC11000170 | $512.50 |
| KITEC11000143 | $1,417.00 |
| KITEC11000118 | $265.00 |
| KITEC11000117 | $287.50 |
| KITEC11000115 | $250.00 |
| KITEC11000114 | $287.50 |
| KITEC11000110 | $975.00 |
| KITEC11000108 | $360.00 |
| KITEC11000041 | $10.00 |
| KITEC11000035 | $112.50 |

### Quebec Canadian Claims

| | |
|---|---|
| KITEC11002941 | $362.84 |
| KITEC11002717 | $504.82 |
| KITEC11002486 | $899.21 |
| KITEC11003458 | $417.47 |
| KITEC11002538 | $760.72 |
| KITEC11002834 | $1,138.04 |
| KITEC11002776 | $2,408.51 |
| KITEC11002255 | $379.35 |
| KITEC11002317 | $144.88 |
| KITEC11001818 | $144.88 |
| KITEC11002027 | $153.64 |
| KITEC11000806 | $149,803.92 |
| KITEC11001810 | $574.58 |
| KITEC11001798 | $2,026.82 |
| KITEC11001652 | $350.08 |
| KITEC11001390 | $1,050.23 |
| KITEC11001327 | $1,050.23 |
| KITEC11000948 | $3,817.33 |
| KITEC11001717 | $700.15 |
| KITEC11001712 | $410.95 |
| KITEC11001697 | $121.76 |
| KITEC11001520 | $306.64 |
| KITEC11001485 | $119.98 |
| KITEC11001429 | $239.98 |
| KITEC11000865 | $4,271.24 |
| KITEC11001123 | $1,171.69 |
| KITEC11001063 | $309.76 |
| KITEC11001062 | $1,548.78 |
| KITEC11000870 | $1,225.56 |
| KITEC11000454 | $309.76 |

| | |
|---|---|
| KITEC11000928 | $310.54 |
| KITEC11000766 | $364.55 |
| KITEC11000726 | $2,848.08 |
| KITEC11000671 | $216.03 |
| KITEC11000489 | $8,989.82 |
| KITEC11000311 | $88.57 |
| KITEC11000806 | $5,307.48 |
| KITEC11000744 | $407.79 |